Fill in this information to identify the case:

United States Bankruptcy Court for the:

Western District of Washington
_____  _____
                              (State)
Case number (If known): _____ Chapter 11

☐ Check if this is an
   amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Singh Bros Trucking LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  81-4147623

4. **Debtor's address**

   **Principal place of business**
   1501 East Portland Avenue
   Number   Street
   
   TACOMA   WA   98421
   City     State  ZIP Code
   
   Pierce
   County

   **Mailing address, if different from principal place of business**
   12204 135th Street E
   Number   Street
   
   P.O. Box
   
   TACOMA   WA   98374
   City     State  ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   Number   Street
   
   _____  WA  _____
   City             State  ZIP Code

5. **Debtor's website (URL)**  _____

Debtor  Singh Bros Trucking LLC  
Name

Case number (if known) _____

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☑ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   4 8 4 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY
           District _____ When _____ Case number _____
                                          MM / DD / YYYY

Debtor  Singh Bros Trucking LLC                                          Case number (*if known*)_____
         Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No
    ☑ Yes.  Debtor _____   Relationship _____
             District _____   When _____
                                                            MM / DD / YYYY
             Case number, if known _____

    See Attachment

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number     Street
                              _____
                              _____  _____  _____
                              City                            State    ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
            Contact name _____
            Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*

    ☑ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49            ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99           ☐ 5,001-10,000      ☐ 50,001-100,000
    ☐ 100-199         ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

---

Debtor  Singh Bros Trucking LLC
       Name                                              Case number (if known)_____

| 15. Estimated assets | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/22/2024
            MM / DD / YYYY

X _____     Chris Van Dyk
Signature of authorized representative of debtor     Printed name

Title  Authorized Representative

**18. Signature of attorney**

X /s/ Jane E. Pearson                          Date  11/22/2024
Signature of attorney for debtor                      MM / DD / YYYY

Jane E. Pearson
Printed name

Polsinelli PC
Firm name

1000 Second Avenue
Number      Street

Seattle                                        WA       98104
City                                           State    ZIP Code

206-393-5415                                   jane.pearson@polsinelli.com
Contact phone                                  Email address

12785                                          WA
Bar number                                     State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| WESTERN DISTRICT OF WASHINGTON |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Singh Bros Express LLC** | | Relationship to you | **Affiliate** | |
| District | **Western District of Washington** | When 11/15/2024 | Case number, if known | 24-42600 | |
| Debtor | **Singh Bros Transport LLC** | | Relationship to you | **Affiliate** | |
| District | **Western District of Washington** | When 11/22/2024 | Case number, if known | | |
| Debtor | **Surjit Singh** | | Relationship to you | **Affiliate** | |
| District | **Western District of Washington** | When 11/15/2024 | Case number, if known | 24-42603 | |
| Debtor | **Kuldip Singh** | | Relationship to you | **Affiliate** | |
| District | **Western District of Washington** | When 11/15/2024 | Case number, if known | 24-42602 | |

**United States Bankruptcy Court**
**Western District of Washington**

In re: Singh Bros Trucking LLC                     Case No.: _____

_____
*Debtor(s)*
                                                    Chapter: 11

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure, Singh Bros Trucking LLC _____, a
[Name of Corporate Party]

**[Check One]**

[✔] ☐ Corporate Debtor **FRBP 1007(a)(1)**

[ ] ☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] ☐ Alleged Corporate Debtor **FRBP 1011(f)**

[ ]

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

```
[                                                                          ]
```

**OR**

[✔] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 11/22/2024

/s/ Jane E. Pearson
Attorney Signature

Jane E. Pearson                         12785
Attorney Name                           State Bar Number

1000 Second Avenue, Suite 3500
Address

Seattle, WA 98104
City, State, and Zip Code

206-393-5415          jane.pearson@polsinelli.com
Telephone Number      Email Address

**Fill in this information to identify the case:**

Debtor name: Singh Bros Trucking LLC
United States Bankruptcy Court for the: Western District   District of Washingto
(State)
Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | All Track Transport U.S.A.. Inc. 600 SE Maritime Ave, Bldg 3 120 Vancouver, WA 98661 | Kathleen C. Bricken, Esq (503)-228-3939 kathleen.bricken@foster.com | Judgment | Disputed | $6,765,693.39 | Unknown | Unknown |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Singh Bros Trucking LLC  Case number (*if known*)_____
      *Name*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

# RESOLUTION OF THE GOVERNOR OF SINGH BROS TRUCKING, LLC

November 5, 2024

The undersigned sole Governor (the "Governor") of Singh Bros Trucking, LLC, a Washington limited liability corporation (the "Corporation"), does hereby unanimously consent to and adopt the following resolution pursuant to the Company Agreement (the "Operating Agreement"), which resolution was unanimously adopted by the Governor without a meeting on November 5, 2024 and does hereby direct that these duly authorized resolutions be filed with any company records of the proceedings of the Corporation;

**WHEREAS**, based on (i) certain financial difficulties being suffered by the Corporation, and (ii) effects of a Judgment in Washington State Court; the Governor has deemed it to be in the best interests of the Corporation to adopt the following resolutions:

**NOW THEREFORE, BE IT RESOLVED**, that in the judgment of the Governor, it is desirable and in the best interests of the Corporation and all stakeholders (including creditors, employees, and other interested parties) for the Corporation to file for Chapter 11 bankruptcy protection, and the Governor and Officers, on behalf of the Corporation, are hereby authorized and directed on behalf of, and in the name of the Corporation, to take all actions necessary and consistent with the foregoing; and it is further

**RESOLVED**, that the Corporation is authorized to file or cause to be filed a voluntary petition for relief for the Corporation and under the provisions of chapter 11 of title 11 of the United States Code, in the United States Bankruptcy Court for the Western District of Washington; and it is further,

**RESOLVED**, that each Governor or Officers, on behalf of the Corporation, are hereby authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents including without limitation, the filing and signing of all petitions, schedules, lists, statements, applications, pleadings, and other papers and to pay all such expenses where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein, and including without limitation the filing of this Resolution; and it is further;

**RESOLVED**, that any and all actions heretofore taken by the Governor or Officers, on behalf of the Corporation, or any person or persons designated or instructed by

99779920.2

Case 24-42678-MJH    Doc 1    Filed 11/22/24    Ent. 11/22/24 16:15:00    Pg. 9 of 11

the Governor or Officers, in connection with any transactions or objectives approved in any or all of the foregoing resolutions, and all transactions related thereto, are hereby approved, ratified, confirmed and adopted in all respects, and any and all actions hereafter to be taken by the Governor or Officers, on behalf of the Corporation, or any person or persons designated or instructed by the Governor or Officers, in furtherance of the objectives of the foregoing resolutions are hereby authorized, approved and ratified in all respects; and it is further

**RESOLVED,** that any Officer of the Corporation, on behalf of the Corporation, is hereby authorized to certify and deliver to any person to whom such certification and delivery may be deemed necessary and desirable in the opinion of such Officer, a true copy of the foregoing resolutions; and it is further

**RESOLVED,** that Chris Van Dyk is hereby appointed the Authorized Representative of the Corporation for purposes of signing any petitions, schedules, or statements in connection with the Corporation's Chapter 11 case, and as the Authorized Representative designated to testify at the Meeting of Creditors pursuant to 11 U.S.C. § 341, and any other meetings, hearings, or examinations on behalf of the Corporation.

**RESOLVED,** that the Corporation is authorized to employ the law firm of POLSINELLI PC as general bankruptcy counsel to represent and assist the Company in carrying its duties under the Bankruptcy Code pursuant to the engagement latter signed between the Corporation and Polsinelli, and such other professionals as reasonably necessary, and to file such motions and enter into such documents as reasonably necessary with respect to those engagements.

**IN WITNESS WHEREOF**, the undersigned has executed this Resolution of the Members and Managers of the Corporation as of November 5, 2024.

GOVERNOR OF THE CORPORATION:

_____
Surjit Singh

2

99779920.2

All Track Transport, U.S.A., Inc.,
600 SE MARITIME AVE
BLDG 3 #120
Vancouver, WA 98661-8044


IRS
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346


Singh Bros Expresss LLC
1501 E PORTLAND AVE
Tacoma, WA 98421


The Spot Companies
1760 Overland Trail
Deerfield, IL 60015


United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271


Washington State Department of Revenue
Attn: Bankruptcy Unit
2101 4th Ave, Suite 1400
Seattle, WA 98121


Washington State Office of the Attorney General
Attn: Bankruptcy and Collections
800 Fifth Avenue, Suite 2000
Seattle, WA 98104